ORIGINAL



FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. ATLANTA
JAN 16 2004
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk



# CIVIL MINUTE SHEET

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DATE: January 16, 2004   TIME: 10:20 a.m.   (X) IN OPEN COURT  () IN CHAMBERS

**HONORABLE RICHARD W. STORY**          Court Reporter: Sharon Upchurch

**Courtroom Deputy Clerk: Rick Goss**

---

1:00-CV-396-RWS

KENDAL JACKSON, ET AL          Counsel: Lauren Antonino & Julie O'Daniel

v.

JDN, ET AL                     Counsel: Michael Reeves, Christine Mast & Kim Myers

---

Type of Hearing: Final Approval

Court approves final settlement and attorney fees. Judgment and dismissal filed.

Court adjourned at 10:35 a.m.